IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LEROY LYNCH**                                                                                     **PETITIONER**

**V.**                                   **NO. 4:22-CV-181-DMB-RP**

**STATE OF MISSISSIPPI**                                          **RESPONDENT**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 14th day of February, 2023.

                                               /s/Debra M. Brown
                                               **UNITED STATES DISTRICT JUDGE**